# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HARBANS SINGH MANN, | ) |
| Plaintiff, | ) Case No. 2:07-cv-00045-RLH-GWF |
| vs. | ) **REPORT AND RECOMMENDATION** |
| ALBERTO GONZALEZ [sic], *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the United States' Motion to Remand (#14), filed on January 30, 2008.  Plaintiff has not filed a response to the motion.  The United States moves to remand Plaintiff's Complaint to the Citizenship and Immigration Services ("CIS") for adjudication of Plaintiff's naturalization application.  The United States further states that it was notified by the CIS on January 24, 2008 that Plaintiff's name check has been completed and his application for naturalization can be adjudicated within thirty (30) days following this Court's remand.  Accordingly, good cause appearing therefore,

### RECOMMENDATION

**IT IS HEREBY RECOMMENDED** that the United States' Motion to Remand (#14) be **granted**.

### NOTICE

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within ten (10) days.  The Supreme Court has held that the

courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 26th day of February, 2008.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge