# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HARBANS SINGH MANN, | |
| Plaintiff(s), | 2:07-cv-00045-RLH-PAL |
| vs. | **O R D E R** |
| ALBERTO GONZALEZ[sic] et al, | |
| Defendant(s). | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#15, filed February 26, 2008), entered by the Honorable Peggy A. Leen, regarding United States' Motion to Remand (#14). No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Court has been informed that Plaintiff has no objections and this matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report of Findings and Recommendation (#15) is AFFIRMED and ADOPTED, United States Motion to Remand is GRANTED.

1

1   IT IS FURTHER ORDERED that this Order grants the prayer of the Complaint and
2   that judgment be entered accordingly.
3   Dated: March 5, 2008.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**